IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

TAMMY TAYLOR and JOHN TAYLOR,    )
Individually and as next of kin to the deceased    )
Stephen Sullivan    )
    )
v.    )    NO. 3:22-0444
    )    Crenshaw/Holmes
CORECIVIC OF TENNESSEE, LLC, et al    )

## **O R D E R**

This civil action was filed on June 13, 2022. By Notice issued by the Clerk on June 15, 2022 (Docket Entry No. 4), the initial case management conference was set for August 8, 2022 at 3:30 p.m. However, waivers of service were filed on behalf of certain Defendants (Docket Entry Nos. 6-14), which allows for those Defendants to answer or otherwise respond to the complaint within 60 days of June 29, 2022, the date of service.[1] To-date no returns of service of process have been filed for the remaining Defendants. Plaintiffs are reminded that Defendants must be served within 90 days of June 13, 2022, the date on which the complaint was filed, or the claims against those defendants are subject to dismissal without prejudice under Fed. R. Civ. P. 4(m). Plaintiffs must promptly, upon service of process on the remaining Defendants, file returns of service.

Additionally, counsel representing Defendants who waived service of process must promptly file a notice of appearance on their behalf. *See* Local Rule 83.01(e)(1) ("The Notice of Appearance must be filed by the attorney promptly upon undertaking the representation …")

To accommodate the time allowed for Defendants who waived service to answer or otherwise respond to the complaint and for service on the remaining Defendants, the initial case management conference is RESCHEDULED to **1:30 p.m., Wednesday, September 21, 2022,** by

---

[1] The Defendants for whom waivers were filed are: CoreCivic of Tennessee; Felicia Jones;

telephone conference, using the Court's conference line at 1-877-402-9753, access code 3808663#. *See* Docket Entry No. 4 for instructions on participating in the call, and preparation and filing of a joint proposed initial case management order, a copy of which must be emailed to the Courtroom Deputy, Ms. Cox, at the email address below.[2]

The stay of discovery remains in place, subject to any agreement of the parties' otherwise or any party moving for the stay to be lifted. The parties are directed to prior filings for directions on preparation and filing of a proposed initial case management order at least **three (3) business days** in advance of the initial case management conference (with a copy in Word format separately emailed to the Courtroom Deputy).[3]

Counsel for Plaintiffs shall serve a copy of this order on Defendants or their counsel and/or otherwise ensure that Defendants are aware of the rescheduled date.

The Clerk is directed to send a copy of this Order by first class mail and email to attorney Nathan Tilly, who signed the waivers of service of process, at:

Nathan Tilly
Pentacost, Glenn & Mauldin, PLLC
162 Murray Guard Drive, Suite B
Jackson, TN 38305
ntilly@pgmfirm.com

It is so ORDERED.

BARBARA D. HOLMES
United States Magistrate Judge

---

Tyler Robinson; Gregory Jackson; Vincent Vantell; Curtavious Neal; John Parham; and, Jane Ervin.
    [2] If this rescheduled time presents an unresolvable conflict for counsel, they must either call Ms. Cox, Courtroom Deputy, at 615-736-5164, or email her at Jeanne_W_Cox@tnmd.uscourts.gov, for additional dates for rescheduling to a mutually agreeable date and time available on the Court's calendar.
    [3] Counsel should utilize the form initial case management order found on the Court's website under the link to Magistrate Judge Holmes with designated sections for Chief Judge Crenshaw's cases.