IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| TAMMY TAYLOR and JOHN TAYLOR, individually, and as next of kin to the deceased, Stephen Sullivan | ) ) ) ) | |
| v. | ) ) | NO. 3:22-0444 Crenshaw/Holmes |
| CORECIVIC OF TENNESSEE, LLC; WHITEVILLE CORRECTIONAL FACILITY; FELICIA JONES; RA'KESHA SPENCER; C.J. SWAIN; DOMINIQUE BURKS; TYLER ROBINSON; COREY MOON; GREGORY JACKSON; VINCENT VANTEL; JOB JACKSON; CURTAVIOUS NEAL; JOHN PARHAM; and JANE ERVIN | ) ) ) ) ) ) ) ) | |

# **O R D E R**

Pursuant to Local Rule 16.01(h)(2), the District Judge is provided notice that on August 5, 2022, Defendants Burks, CoreCivic of Tennessee, LLC, Ervin, Jackson, Jones, Moon, Neal, Parham, Robinson, Spencer and Vantell (the "Movants") filed a motion to change venue with supporting memorandum (Docket Nos. 26, 27). Any response to the motion by Plaintiff must be filed in accordance with Local Rule 7.01(a)(3). Movants may file an optional reply in accordance with Local Rule 7.01(a)(4).

The Clerk is directed to forward the motion and any responsive filings to the Honorable Waverly D. Crenshaw, Jr., Chief District Judge for his consideration.

The initial case management conference remains scheduled for **1:30 p.m., September 21, 2022**, by conference call, using the Court's conference line at 1-877-402-9753, access code 3808663#. The parties are directed to prior filings for directions on preparation and filing of a

proposed initial case management order at least three (3) business days in advance of the initial case management conference (with a copy in Word format separately emailed to the Courtroom Deputy).[1]

It is so ORDERED.

_____
BARBARA D. HOLMES
United States Magistrate Judge

---

[1] Counsel should utilize the form initial case management order found on the Court's website under the link to Magistrate Judge Holmes with designated provisions for Chief Judge Crenshaw's cases.