# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEEE
### NASHVILLE DIVISION

TAMMY TAYLOR, et al )
)
v. ) NO. 3:22-0444
) Crenshaw/Holmes
CORECIVIC OF TENNESSEE, LLC, )
et al )

## **O R D E R**

Pending before the Court is Defendants' unopposed motion for extension of time to file a responsive pleading (Docket No. 32), which is GRANTED IN PART and DENIED IN PART WITHOUT PREJUDICE as provided for below. Defendants request an extension of time to answer or otherwise respond to the complaint until this Court has ruled on the pending motion to transfer venue (Docket No. ), arguing that "[i]t is most efficient to file their responsive pleadings and/or Rule 12 motions in the court in which this case will be pending." (Docket No. 32 at 2.) While the Court appreciates Defendants' concern for efficiency, the Court does not find that efficiency is necessarily promoted by managing a case sequentially. Further, the voluminous workload of this Court cannot accommodate a standstill in every case in which some kind of dispositive relief – like transferring venue – is requested. *See e.g.* Local Rule 16.01(g). The parties can proceed with preparation of this case even while the motion to transfer venue is pending, because the federal procedural rules will continue to apply even if venue is transferred.

Nevertheless, the Court finds there is efficiency in all Defendants sharing the same responsive pleading deadline. Accordingly, the time for all Defendants to answer or otherwise respond to the complaint is EXTENDED to **October 28, 2022**.

The initial case management conference presently scheduled for September 21, 2022, is RESCHEDULED for **November 10, 2022, at 10:30 a.m.** to be held telephonically using the Court's conference line at 1-877-402-9753, access code 3808663#. The stay of discovery imposed by Fed. R. Civ. P. 26(d)(1) remains in effect, subject to any agreement of the parties otherwise or any party filing a motion to lift the stay. The parties are reminded of their obligation to jointly prepare and file a proposed initial case management order at least **three (3) business days** in advance of the initial case management conference, a Word formatted copy of which must also be separately emailed to the Courtroom Deputy at Jeanne_W_Cox@tnmd.uscourts.gov.[1]

This Order is without prejudice for Defendants to seek additional relief as may be appropriate based on further developments in this case.

It is SO ORDERED.

_____
BARBARA D. HOLMES
United States Magistrate Judge

---

[1] Counsel should utilize the form initial case management order found on the Court's website under the link to Magistrate Judge Holmes, with the designated provisions for Chief Judge Crenshaw's cases.