IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

TAMMY TAYLOR and JOHN TAYLOR,                    )
individually, and as next of kin to the deceased, )
Stephen Sullivan                                  )
                                                  )
v.                                                )        NO. 3:22-0444
                                                  )        Crenshaw/Holmes
CORECIVIC OF TENNESSEE, LLC,                      )
FELICIA JONES, RA'KESHA SPENCER,                  )
C.J. SWAIN, DOMINIQUE BURKS,                      )
TYLER ROBINSON, COREY MOON,                       )
GREGORY JACKSON, VINCENT VANTELL,                 )
JOB JACKSON, CURTAVIOUS NEAL,                     )
JOHN PARHAM, and JANE ERVIN                       )

**O R D E R**

On October 28, 2022, Plaintiffs filed a motion (Docket No. 39) to strike defendants' answers to the complaint. (Docket No. 37.) On November 11, 2022, Defendants filed an amended answer to the complaint (Docket Entry No. 45), and a response to the motion to strike (Docket Entry No. 46). Although an answer is not a pleading to which a responsive pleading is required, the amended answer was filed within 21 days of service of the original answer, as permitted by Fed. R. Civ. P., 15(a)(1)(A). With the filing of the amended answer, Plaintiffs' motion to strike (Docket Entry No. 39) is rendered moot and is therefore DENIED without prejudice to refiling as appropriate.

On November 10, 2022, Plaintiffs filed a motion to dismiss Defendant Job Jackson (Docket No. 44) because Job Jackson and named Defendant Gregory Jackson are the same individual. The motion (Docket No. 44) is represented to be unopposed and is therefore GRANTED. Without opposition, Defendant Job Jackson is dismissed under Fed. R. Civ. P. 21.

It is so ORDERED.

BARBARA D. HOLMES
United States Magistrate Judge