IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TAMMY TAYLOR and JOHN TAYLOR, individually, and as next-of-kin to the deceased, STEPHEN SULLIVAN, <br><br> *Plaintiffs*, <br><br> v. <br><br> CORECIVIC OF TENNESSEE, LLC, as owner and operator of WHITEVILLE CORRECTIONAL FACILITY, FELICIA JONES, RA'KESHA SPENCER, C.J. SWAIN, DOMINIQUE BURKS, TYLER ROBINSON, COREY MOON, GREGORY JACKSON, VINCENT VANTELL, JOB JACKSON, CURTAVIOUS NEAL, JOHN PARHAM, and JANE ERVIN, <br><br> *Defendants*. | Case No. 3:22-cv-00444 <br><br> Jury Demanded |

## MOTION FOR PROTECTIVE ORDER

CoreCivic of Tennessee, LLC, Curtavious Neal, Dawn Ervin, Gregory Jackson, Felicia Jones, Titus Parham, Tyler Robinson, Ra'Kesha Spencer, Vincent Vantell, Dominique Burks, C.J. Swain, and Corey Moon ("Defendants"), by and through undersigned counsel, respectfully move this Court to enter the proposed protective order pursuant to Federal Rule of Civil Procedure 26(c) in the form attached hereto. In support thereof, Defendants rely upon their "Memorandum in Support of Motion for Entry of Protective Order" and upon the entire record in this case.

Respectfully submitted,

PENTECOST, GLENN & TILLY, PLLC

By:   s/Nathan D. Tilly
      Nathan D. Tilly (#31318)
      Addie W. Brown (#35389)
      *Attorneys for Defendants*
      162 Murray Guard Drive, Suite B
      Jackson, Tennessee 38305
      (731) 668-5995 – Telephone
      (731) 668-7163 – Facsimile
      ntilly@pgmfirm.com
      abrown@pgmfirm.com

## Certificate of Consultation

Undersigned counsel consulted with Plaintiffs' counsel concerning this motion via multiple email communications. Plaintiffs' counsel informed that Plaintiffs "do not consent to entry based on professed security concerns but do not oppose based on the prominence of the medical records involved."

s/Nathan D. Tilly

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document (Motion) via U.S. Mail and/or electronic mail to:

Daniel A. Horwitz
Melissa K. Dix
Horwitz Law, PLLC
4016 Westlawn Drive
Nashville, TN  37209

on or before the filing date thereof.

DATE:  This the 16th day of December, 2022.

By:   s/Nathan D. Tilly
      Nathan D. Tilly