## IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | |
|---|---|
| TAMMY TAYLOR and JOHN TAYLOR, individually, and as next-of-kin to the deceased, STEPHEN SULLIVAN,<br><br>*Plaintiffs*,<br><br>v.<br><br>CORECIVIC OF TENNESSEE, LLC, as owner and operator of WHITEVILLE CORRECTIONAL FACILITY, FELICIA JONES, RA'KESHA SPENCER, C.J. SWAIN, DOMINIQUE BURKS, TYLER ROBINSON, COREY MOON, GREGORY JACKSON, VINCENT VANTELL, JOB JACKSON, CURTAVIOUS NEAL, JOHN PARHAM, and JANE ERVIN,<br><br>*Defendants*. | Case No. 3:22-cv-00444<br><br>Jury Demanded |

## JOINT MOTION FOR ENTRY OF ORDER FOR THE RELEASE AND PROTECTION OF MEDICAL RECORDS

Plaintiffs, Tammy Taylor and John Taylor, individually, and as next-of-kin to the deceased, Stephen Sullivan, and Defendants, CoreCivic of Tennessee, LLC, Curtavious Neal, Dawn Ervin, Gregory Jackson, Felicia Jones, Titus Parham, Tyler Robinson, Ra'Kesha Spencer, Vincent Vantell, Dominique Burks, C.J. Swain, and Corey Moon ("Defendants"), move the Court for entry of an Order for the Release and Protection of Medical Records. As grounds for this motion, the parties jointly state as follows:

1. There are medical and mental health records from providers who treated Decedent, Stephen Sullivan, which could be relevant to the claims and defenses in this case, but

that are not currently in the possession of the parties.

2. To obtain said records, the parties have agreed to the entry of an Order for the Release and Protection of Medical Records. (Attached as Exhibit A). Pursuant to the proposed order, the parties will be allowed access to Decedent's medical and other pertinent records generated during the last ten years of Decedent's life in accordance with the Health Insurance and Portability and Accountability Act ("HIPAA"). Additionally, the parties will be required to share a copy of any obtained records with all other parties within 7 days of receipt and must not disclose the information obtained except to specifically designated individuals outlined therein.

3. The parties believe that entry of their proposed Order for the Release and Protection of Medical Records will not prejudice any party and will assist the discovery process.

Premises considered, the parties jointly move the Court for the entry of their proposed Order for the Release and Protection of Medical Records.

Respectfully submitted,

PENTECOST, GLENN & TILLY, PLLC

s/Nathan D. Tilly
Nathan D. Tilly (#31318)
Addie W. Brown (#35389)
162 Murray Guard Drive, Suite B
Jackson, Tennessee 38305
(731) 668-5995 – Telephone
(731) 668-7163 – Facsimile
ntilly@pgmfirm.com
abrown@pgmfirm.com

*Counsel for Defendants*

HORWITZ LAW, PLLC

s/Daniel A. Horwitz w/permission
Daniel A. Horwitz (#32176)
daniel@horwitz.law
Lindsay E. Smith (#35937)
lindsay@horwitz.law
Melissa K. Dix (#038535)
melissa@horwitz.law
4016 Westlawn Drive
Nashville, Tennessee 37209
(615) 739-2888

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document via the court's electronic filing system (ECF) to:

Daniel A. Horwitz
Melissa K. Dix
Horwitz Law, PLLC
4016 Westlawn Drive
Nashville, TN  37209

on or before the filing date thereof.

DATE:  This the 9th day of February, 2023.

By:     s/Nathan D. Tilly
        Nathan D. Tilly