IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| TAMMY TAYLOR and JOHN TAYLOR | ) | |
| individually, and as next of kin to the deceased, | ) | |
| Stephen Sullivan | ) | |
| | ) | |
| v. | ) | No. 3:22-0444 |
| | ) | Crenshaw/Holmes |
| CORECIVIC OF TENNESSEEE, LLC, et al | ) | |

## **ORDER**

The undersigned Magistrate Judge will no longer be holding second case management conferences as a matter of course in civil actions. The parties may request that a case management conference be set by filing a joint motion for a case management conference, which must identify all issues to be discussed. If the purpose of the requested conference is to discuss extending case management deadlines, the motion must comply with the requirements for modifications of the case management order, which are found in the initial case management order. The parties must also state whether they request an in-person or telephonic case management conference.

The case management conference currently set on July 20, 2023, is CANCELLED.

It is SO ORDERED.

BARBARA D. HOLMES
United States Magistrate Judge