**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **TAMMY TAYLOR and JOHN TAYLOR,** | ) | |
| **individually, and as next-of-kin to the** | ) | |
| **deceased, STEPHEN SULLIVAN,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | **NO. 3:22-cv-00444** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **CORECIVIC OF TENNESSEE, LLC,** | ) | |
| **et al.,** | ) | |
| **Defendants.** | ) | |

**ORDER**

For the reasons set forth in the accompanying Memorandum Opinion, Defendants' Motion

to Transfer Venue (Doc. No. 26) is **DENIED**.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE
