**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | |
|---|---|
| **TAMMY TAYLOR and JOHN TAYLOR, individually and as next-of-kin to the deceased STEPHEN SULLIVAN,** | ) ) ) ) ) |
| **Plaintiffs,** | ) ) |
| **v.** | )    **NO. 3:22-cv-00444** ) |
| **CORECIVIC OF TENNESSEE, LLC, et al.,** | ) ) ) |
| **Defendants.** | ) ) |

## <u>ORDER</u>

The parties have filed a Joint Resolution Status Report (Doc. No. 59) stating that they

have a tentative resolution of the case.

Accordingly, the parties shall file a Stipulation of Dismissal by **April 13, 2023**.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE