**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **TAMMY TAYLOR and JOHN TAYLOR, individually, and as next-of-kin to the deceased, STEPHEN SULLIVAN,** | ) ) ) ) | |
| **Plaintiffs,** | ) ) | **NO. 3:22-cv-00444** |
| **v.** | ) ) | |
| **CORECIVIC OF TENNESSEE, LLC, as owner and operator of WHITEVILLE CORRECTIONAL FACILITY, FELICIA JONES, RA'KESHA SPENCER, C.J. SWAIN, DOMINQUE BURKS, TYLER ROBINSON, COREY MOON, GREGORY JACKSON, VINCENT VANTELL, JOB JACKSON, CURTAVIOUS NEAL, JOHN PARHAM and JANE ERVIN,** | ) ) ) ) ) ) ) ) ) ) ) | |
| **Defendants.** | ) | |

## <u>ORDER</u>

The parties have filed a Stipulation of Dismissal with Prejudice (Doc. No. 61). Accordingly, this action is **DISMISSED WITH PREJUDICE**, and the Clerk is directed to close the file.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE